UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

Oscar Morales
    Plaintiff,

V.

Cancun Charlie's Restaurant; PBAC Enterprises
L.L.C.; Peter R. Biondi; Christine Henriques
Biondi, William J. Hoffman
    Defendants.

CASE NUMBER: 307CV01836

Dated:  January 25, 2008

---

### ANSWER

Cancun Charlie's Restaurant; PBAC Enterprises L.L.C.; Peter R. Biondi; Christine Henriques Biondi, through their attorney, David R. Biondi, answers Plaintiffs Complaint as follows:

1. Admitted in part, denied as to length of time of employment and the number of hours worked each week; denied as failure to pay overtime compensation and failure to pay for his final partial week of work

2. Defendants have insufficient knowledge or facts to determine whether or not jurisdiction lies with this honorable Court and leaves the Plaintiff to his own proof.

3. Defendants have insufficient knowledge or facts to admit or deny the allegations in paragraph 3 and leaves Plaintiff to his own proof.

4. Denied.

5. Admitted

6. Admitted



7. Admitted

8. Admitted

9. Denied

10. Denied

11. Denied

12. Admitted in part and denied in part, Mr. Morales did not prepare and cook food.

13. Denied

14. Denied

15. Denied

16. Denied

17. Denied

18. Defendants have no information or knowledge as to whether or not Mr. Morales noticed or did not notice anything and leaves the Plaintiff to his own proof.

19. Denied

20. Denied

21. Denied

22. Denied

23. Denied

24. Denied

25. Denied

26. Denied

27. Denied



28. Denied

29. Denied

30. Denied

31. Admitted

32. Denied

33. Admitted in part and denied in part. Mr. Hoffman did not have any of the powers alleged herein.

34. Denied

35. Denied

36. Denied

37. Defendants have no knowledge, insufficient information to admit or deny in paragraph 37 and leave the Plaintiff to his own proof.

38. Denied

39. Denied

40. Denied or admitted as herein before stated.

41. Denied

42. Denied

43. Denied

44. Denied

45. Denied

46. Denied

47. Denied

48. Admitted or denied as herein stated.



49. Defendants have no knowledge nor information to either affirm or deny the intention of the Plaintiff and leave the Plaintiff to his own proof.

50. Denied

51. a. Denied

    b. Denied

    c. Denied

52. Denied

53. Denied

54. Denied

55. Admitted and denied as herein before stated

56. Denied

57. Denied

58. Denied

59. Denied

60. Denied

61. Denied

62. Denied

63. Admitted and denied as herein before stated

64. Defendants have neither knowledge or information to admit or deny the allegation and leaves the Plaintiff to his own proof.

65. Denied.

66. Denied.

67. Denied



68. Denied

69. Denied

70. Admitted or denied as herein before stated.

71. Admitted

72. Denied

73. Denied

                Respectfully submitted,

David R. Biondi
940 White Plains Rd.
Trumbull, CT  06611
Fed Bar No. ct06949
TEL: 203-261-0899
FAX: 203-261-5151

