UNTIED STTES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

Oscar Morales,
    Plaintiff,

v.

Cancun Charlie's Restaurant; PBAC Enterprises
L.L.C; Peter R. Biondi; Christine Henriques      CASE NO.: 307 CV 01836
Biondi, William J. Hoffman

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the original was mail this 25th day of January, 2008, postage prepaid and addressed as follows:

    Michael J. Wishnie
    Christopher Lasch
    Jerome N. Frank Legal Services Organization
    Yale Law School
    127 Wall Street
    New Haven, CT 06511

    _____
    David R. Biondi

