07CV1836Min

rvmbrg (January 10, 2002)

HONORABLE **Droney**
DEPUTY CLERK **Deno**   RPTR/ERO/TAPE **Marshall**

TOTAL TIME: ___ hours **50** minutes

DATE **Feb. 13, 2009**   START TIME **11:05**   END TIME **11:55**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Morales**

vs.

**Cancun Charlies**

CIVIL NO. **07CV1836 (CFD)**

**Simpson**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**David Biondi**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ Motion Hearing
☐ Contempt Hearing
☐ Probable Cause Hearing
☐ Miscellaneous Hearing
☐ Confirmation Hearing
☐ Evidentiary Hearing
☐ Fairness Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam
☐ Settlement Hearing

**MOTION DOCUMENT NO.**

☒ #32   Motion **for Sanctions**   ☐ granted ☐ denied ☒ advisement

Hearing continued until _____ at _____