UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OSCAR MORALES | : | |
| vs. | : | CASE NO. 3:07CV1836(CFD) |
| CANCUN CHARLIE'S RESTAURANT<br>PBAC ENT LLC<br>PETER R. BIONDI<br>CHRISTINE HENRIQUES BIONDI | :<br><br>: | |

<u>DEFAULT JUDGMENT</u>

This action having commenced by a complaint and having been assigned to the Honorable Christopher F. Droney, United States District Judge, and

On October 30, 2009 the Court entered a default judgment in favor of the plaintiff. The plaintiff filed a Motion for Effectuation of Default Judgment under Rule 55(b) on March 20, 2010, and the court having considered the full record of the case including applicable principles of law and on November 23, 2010 filed its Ruling granting the plaintiff the following relief: $43,135.78 in unpaid wages with interest, $25,808.30 in liquidated damages under the FLSA, $43,135.78 in damages under the CMWA, $71,215.20 in attorney's fees, and $2,138.27 in costs, for a total of $185,433.33, it is hereby

ORDERED, ADJUDGED and DECREED that Judgment be and is hereby entered in favor of the plaintiff in the amount of $43,135.78 in unpaid wages with interest, $25,808.30 in liquidated damages under the FLSA, $43,135.78 in damages under the CMWA, $71,215.20 in attorney's fees, and $2,138.27 in costs, for a total of $185,433.33.

Dated at Hartford, Connecticut, this 29th day of November, 2010.

ROBIN D. TABORA, Clerk

By _____/s/_____
Devorah Johnson
Deputy Clerk

EOD <u>11/29/30</u>