UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OSCAR MORALES, | : | |
| | : | |
| Plaintiff, | : | **No. 3:07-cv-01836 (CFD)** |
| | : | |
| -v.- | : | December 29, 2010 |
| | : | |
| CANCUN CHARLIE'S, et al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff Oscar Morales in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 29th day of November, 2010.

Respectfully Submitted,

_____/s/_____

Muneer Ahmad, ct28109
Dermot Lynch, Law Student Intern
Jerome N. Frank Legal Services Organization
Yale Law School
127 Wall Street
New Haven, CT 06511
Telephone: (203) 432-4800
Facsimile: (203) 432-1426
Email: muneer.ahmad@yale.edu
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 29, 2010, a copy of the foregoing Notice of Appeal was filed electronically. The following counsel will be notified via the Court's electronic filing system:

    David Biondi
    940 White Plains Rd., ste. 302
    Trumbull, CT 06611
    203-261-5151

    Email: drblaw@charterinternet.com

                                Respectfully Submitted,

Dated: December 29, 2010               _____/s/_____

                                      Muneer Ahmad, ct28109
                                      Dermot Lynch, Law Student Intern
                                      Jerome N. Frank Legal Services Organization
                                      Yale Law School
                                      127 Wall Street
                                      New Haven, CT 06511
                                      Telephone: (203) 432-4800
                                      Facsimile: (203) 432-1426
                                      Email: muneer.ahmad@yale.edu
                                      Counsel for Plaintiff